PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLUFOLAJIMI ABEGUNDE,<br><br>                Petitioner,<br><br>v.<br><br>WARDEN, FCI-MENDOTA,<br><br>                Respondent. | CASE NO. 1:22-CV-01550-SKO (HC)<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME |

On February 3, 2023, Respondent requested an extension of time to file its response to Petitioner's 28 U.S.C. § 2241 petition. Good cause having been presented, IT IS HEREBY ORDERED that Respondent's request until April 6, 2023, to file its response is granted.

IT IS SO ORDERED.

Dated: __**February 6, 2023**__        _____/s/ *Sheila K. Oberto*_____
                                                                      UNITED STATES MAGISTRATE JUDGE

1